UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERYC CARLTON YOUNG-EL,

    Petitioner,

vs.                                                  Case No.: 06-12690
                                                      HON. GEORGE CARAM STEEH

JERI-ANN SHERRY,

    Respondent.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DOC. # 19]

This matter is before the court on petitioner Eryc Carlton Young-el's application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Respondent filed a motion for summary judgment, arguing that the petition is barred by the one year statute of limitations contained in 28 U.S.C. § 2244(d), governing habeas applications. Petitioner did not file a response to the motion for summary judgment. On August 13, 2007, the magistrate judge issued a report and recommendation recommending that petitioner's motion for summary judgment be granted. Petitioner did not file objections to that report within the established time period. The Court has reviewed the file, record, and magistrate judge's well-reasoned report and recommendation. The Court accepts the report and recommendation, and orders that summary judgment be granted for respondent. Accordingly,

IT IS HEREBY ORDERED that the magistrate's report and recommendation is ACCEPTED.

1

IT IS FURTHER ORDERED that the judgment enter for respondent.

SO ORDERED.


Dated: September 6, 2007

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 6, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk